## ALDRIDGE v. FRASER

No. 163P96

Case below: 121 N.C. App. 787

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

## BAKER v. BECAN

No. 416P96

Case below: 123 N.C. App. 551

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 October 1996.

## DORSEY v. UNC-WILMINGTON

No. 202P96

Case below: 122 N.C. App. 59

Petition by plaintiff (Dorsey) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 October 1996.

## FINCH v. QUALITY ELECTRIC CO.

No. 185P96

Case below: 122 N.C. App. 194

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

## FRANKLIN v. BROYHILL FURNITURE INDUS.

No. 405P96

Case below: 123 N.C. App. 200

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 October 1996.